```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11500
   IVORY SMITH
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-3874


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/27/2007 and was not confirmed.

     The case was dismissed without confirmation 08/08/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------

EMC MORTGAGE CORP        SECURED NOT I   NOT FILED            .00          .00
SELECT PORTFOLIO SERVICI SECURED NOT I   NOT FILED            .00          .00
SELECT PORTFOLIO         SECURED NOT I   NOT FILED            .00          .00
ASSET ACCEPTANCE LLC     UNSECURED          156.45            .00          .00
ASSET ACCEPTANCE LLC     UNSECURED          153.36            .00          .00
COMMONWEALTH EDISON      UNSECURED         1057.94            .00          .00
ASSET ACCEPTANCE LLC     UNSECURED          153.17            .00          .00
ASSET ACCEPTANCE LLC     UNSECURED          466.13            .00          .00
ARNOLD KAPLAN            DEBTOR ATTY           .00                         .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------         --------------
TOTALS                        .00                     .00




            PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 11500 IVORY SMITH
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/03/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE